UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ESTHER E. BAINES,

    Plaintiff,

v.                                      Case No: 6:24-cv-799-JSS-LHP

FRONTLINE ASSET STRATEGIES,
LLC,

    Defendant.
_____/

## ORDER

    Plaintiff Esther E. Baines, proceeding pro se, brought this action against Defendant Frontline Asset Strategies, LLC on April 29, 2024, alleging violations of the Fair Credit Report Act, 15 U.S.C. § 1681. (Dkt. 1 at 1.) On November 1, 2024, United States Magistrate Judge Leslie Hoffman Price entered a report and recommendation recommending that Plaintiff's complaint (Dkt. 1) be dismissed without prejudice for failure to serve Defendant in accordance with Federal Rule of Civil Procedure 4(m) and Judge Hoffman Price's August 30, 2024, order, (Dkt. 17). (Dkt. 18.) No party has objected, and the time to do so has expired. *See* 28 U.S.C. § 636(b)(1).

    After conducting a careful and complete review of the findings and recommendations, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C.

§ 636(b)(1); *see also* Fed. R. Civ. P. 72.  With respect to non-dispositive matters, the district judge "must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law."  Fed. R. Civ. P. 72(a); *see Jordan v. Comm'r, Miss. Dep't of Corr.*, 947 F.3d 1322, 1327 (11th Cir. 2020).  For dispositive matters, the district judge must conduct a de novo review of any portion of the report and recommendation to which a timely objection is made.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *United States v. Farias-Gonzalez*, 556 F.3d 1181, 1184 n.1 (11th Cir. 2009) ("A district court makes a de novo determination of those portions of a magistrate's report to which objections are filed.").  Even in the absence of a specific objection, the district judge reviews any legal conclusions de novo.  *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

Upon conducting a careful and complete review of the Magistrate Judge's findings, conclusions, and recommendations, and giving de novo review to matters of law, the court adopts the report and recommendation in full.

Accordingly, Plaintiff's complaint (Dkt. 1) is **DISMISSED without prejudice**.  The Clerk is **DIRECTED** to terminate any pending motions and deadlines, and to close this case.

**ORDERED** in Orlando, Florida, on November 20, 2024.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Unrepresented Party